## Commonwealth ex rel. Mazewski, Appellant, *v.* Myers.

Submitted March 18, 1964. *Joseph Frank Mazewski,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Melvin, Appellant, *v.* Myers.

Submitted March 19, 1964. *Herbert Melvin,* appellant, in propria persona; *William Porter* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Neidlinger, Appellant, *v.* Seigfried.

Argued March 17, 1964. *W. J. Krencewicz,* for appellant; *Richard B. Russell,* Assistant District Attorney, with him *Harry W. Lightstone,* District Attorney, for appellee.

Order affirmed.